# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 19 WM 2016
:
                Respondent         :
:
:
:
                  v.             :
:
:
:
DEMETRIUS BAILEY,           :
:
                Petitioner         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of March, 2016, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief, to the extent it seeks a writ of mandamus, are **GRANTED**. The Court of Common Pleas of Allegheny County is **DIRECTED** to adjudicate Petitioner's pending filing within 90 days.

    The Prothonotary is **DIRECTED** to serve this order on the President Judge of the Court of Common Pleas of Allegheny County.